```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
POLCOM USA, LLC.,                                 :
                                                                    Case No.: 1:20-cv-9206 (NRB)
                 Plaintiff,                                 :

       v.                                                        :

AFFILIATED FM INSURANCE COMPANY      :
and ZURICH AMERICAN INSURANCE
COMPANY,                                                 :

                 Defendants.                          :
------------------------------------------------------------X
------------------------------------------------------------X
M. A. MORTENSON COMPANY,            :

                 Plaintiff,                                 :
                                                                    Case No.: 1:22-cv-0092 (NRB)
       v.                                                        :

ZURICH AMERICAN INSURANCE             :
COMPANY,
                                                                 :
                 Defendant.
------------------------------------------------------------X
```

## JOINT STIPULATION AND ORDER OF
## PARTIAL DISMISSAL WITH PREJUDICE

WHEREAS, by complaint dated November 3, 2020, Plaintiff Polcom USA, LLC ("Polcom") commenced in this Court the action captioned *Polcom USA, LLC v. Affiliated FM Insurance Company*, Case No. 1:20-cv-9206-NRB (the "Polcom Action") against Affiliated FM Insurance Company ("AFM");

WHEREAS, Polcom amended its original complaint to add Zurich American Insurance Company ("Zurich") as a defendant on September 16, 2021 (the "FAC");

WHEREAS, M. A. Mortenson Company ("Mortenson"), by complaint dated October 14, 2021 (the "Mortenson Complaint"), brough suit against Zurich in King County Superior Court in

1

Washington State (the "Mortenson Action"), which Mortenson Action was subsequently removed to federal court in the Western District of Washington and transferred to this Court on January 5, 2022;

WHEREAS, the Polcom Action and the Mortenson Action were consolidated for pre-trial purposes by Order of this Court on January 21, 2022;

WHEREAS, Zurich brought Counterclaims against Polcom ("Zurich-Polcom Counterclaim") and Crossclaims against AFM ("Zurich Crossclaim") by Answer to the FAC dated November 20, 2021;

WHEREAS, AFM brought Counter-crossclaims against Zurich by Answer to the Zurich Crossclaim dated December 1, 2021 ("AFM Crossclaim");

WHEREAS, Zurich brought Counterclaims against Mortenson by Answer to the Mortenson Complaint dated May 27, 2022 ("Zurich-Mortenson Counterclaim");

WHEREAS, Polcom, Mortenson, and Zurich have engaged in arm's-length negotiations and, pursuant to a confidential settlement agreement ("Settlement Agreement"), have agreed to voluntarily withdraw and dismiss with prejudice all of their claims, counterclaims, and assertions by and against each other, and Zurich has agreed to assign the Zurich Crossclaim to Polcom;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Polcom, Mortenson, and Zurich as follows:

1. Polcom's claims against Zurich in the FAC are hereby withdrawn and dismissed with prejudice; specifically, Counts I, II, III, are withdrawn and dismissed with prejudice and Count V, to the extent it seeks relief against Zurich, is withdrawn and dismissed with prejudice.

2. Mortenson's claims against Zurich in the Mortenson Complaint and Zurich's claims against Mortenson in the Zurich-Mortenson Counterclaim are hereby withdrawn and dismissed with prejudice, and the Mortenson Action is closed.

3. The Zurich-Polcom Counterclaim is hereby withdrawn and dismissed with prejudice.

4. Nothing herein affects Polcom's claims against AFM in the FAC, the Zurich Crossclaim against AFM that has now been assigned to Polcom, or the AFM Crossclaim against Zurich (collectively the "Remaining Claims"), none of which are withdrawn or dismissed at this time. Mediation of the Remaining Claims is ongoing.

5. This Stipulation may be signed in counterparts that together constitute one instrument.

6. No further notice of this Stipulation to any person or entity is required.

Dated May 2, 2024

| ERTMAN DULIS & HELISEK PLLC | LANE POWELL PC |
|---|---|
| By: /s/John C. Ertman<br>John C. Ertman<br>112 W. 34th Street, 18th Fl.<br>New York, New York 10120<br>(917) 846-3603<br>*Attorneys for Plaintiff*<br>*Polcom USA LLC* | By: /s/David Schoeggl<br>David Schoeggl (admitted *pro hac vice*)<br>1420 Fifth Avenue, Suite 4200<br>Seattle, Washington 98101-2375<br>(206) 223-7383<br>*Attorneys for Defendant*<br>*Zurich American Insurance Company* |

**BLANK ROME LLP**

By: /s/Rikke Dierssen-Morice
Rikke Dierssen-Morice (admitted *pro hac vice*)
444 West Lake Street
Chicago, IL 60606
(312) 776-2541
*Attorneys for Plaintiff*
*M. A. Mortenson Company*

SO ORDERED.

_____
Hon. Naomi Reice Buchwald
United States District Court Judge

Dated: May 9, 2024